UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE CRUZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>SATORU AND JANE DOE MAESHIMA,<br>husband and wife,<br><br>                    Defendants. | No.  CV-13-5024-EFS<br><br>**ORDER DISMISSING CASE AND STRIKING SHOW-CAUSE HEARING** |

On January 15, 2014, Plaintiff Joe Cruz filed a Notice of Dismissal, ECF No. 26.  Pursuant to Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorney's fees.

**2.** All pending motions are **DENIED AS MOOT**, and all hearings and other deadlines, including those associated with the show-cause hearing, are **STRICKEN.**

**3.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and Mr. Cruz.

**DATED** this   15th   day of January 2014.


                              s/ Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge


Q:\EFS\Civil\2013\5024.dismiss.strike.lc1.docx

ORDER DISMISSING CASE - 1